IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOSEPH GREENAWALT,

    Plaintiff,

vs.

CLARION COUNTY,

    Defendant.

Civil Action No. 2:09-cv-01489-GLL

JUDGE GARY L. LANCASTER

## STIPULATION FOR EXTENSION OF TIME

1. **WHEREAS**, Defendant's Motion for Summary Judgment was filed on November 8, 2010 in the above-captioned matter; and

2. **WHEREAS**, Plaintiff's response to the Motion is due on or before December 8, 2010; and

3. **WHEREAS**, Plaintiff requests an additional two weeks to respond to the Motion; and

4. **WHEREAS**, Defendant does not oppose such request; and

The Parties, by and through their undersigned counsel, hereby stipulate and agree (subject to approval of this Court) to an extension of the time to respond to Defendant's Motion for Summary Judgment until December 22, 2010. It is further stipulated that Defendant shall have until January 6, 2011 to file a Reply Brief.

Respectfully submitted,

| | |
|---|---|
| **KOLMAN ELY, P.C.** | **MEYER, DARRAGH, BUCKLER, BEBENEK & ECK, P.L.L.C.** |
| By: /s/ Timothy M. Kolman, Esquire<br>Timothy M. Kolman, Esquire<br>Wayne A. Ely, Esquire<br>414 Hulmeville Avenue<br>Penndel, PA 19047<br>215-750-3134 | By: /s/ Marie Milie Jones, Esquire<br>Marie Milie Jones, Esquire<br>U.S. Steel Tower, Suite 4850<br>600 Grant Street<br>Pittsburgh, PA 15219<br>412-261-6600 |

SO ORDERED, this 7th day of December, 2010.

_/s/ Gary L. Lancaster_, C.J.